Fill in this information to identify the case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | A.Z.N. Realty LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-4166359 |

| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
|---|---|---|---|
| | | 73-27 184th Street<br>Fresh Meadows, NY 11366<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Queens<br>County | Location of principal assets, if different from principal place of business<br>13 East 37th Street New York, NY 10016<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor __A.Z.N. Realty LLC__  Case number (if known) _____
       Name

**7. Describe debtor's business**

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. Check all that apply
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check all that apply:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____
District _____ When _____ Relationship _____
Case number, if known _____

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 2

Debtor  A.Z.N. Realty LLC                                              Case number (if known) _____
         Name

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor __A.Z.N. Realty LLC__    Case number (if known) _____
      Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __May 13, 2025__
             MM / DD / YYYY

X __/s/ Abraham Nahamias__      __Abraham Nahamias__
   Signature of authorized representative of debtor     Printed name

Title __Manager/Member__

---

**18. Signature of attorney**

X __/s/ Kevin Nash__      Date __May 13, 2025__
   Signature of attorney for debtor            MM / DD / YYYY

__Kevin Nash__
Printed name

__Goldberg Weprin Finkel Goldstein LLP__
Firm name

__125 Park Ave__
__New York, NY 10017-5690__
Number, Street, City, State & ZIP Code

Contact phone _____ Email address __knash@gwfglaw.com__

__1927656 NY__
Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                              Chapter 11

A.Z.N. Realty LLC,                                                  Case No.

                            Debtor.
---------------------------------------------------------x

## DEBTOR'S DECLARATION
### PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

Abraham Nahamias declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.  I am the 100% member and manager of A.Z.N. Realty LLC (the "Debtor"). I submit this Declaration in accordance with Local Bankruptcy Rule 1007-2 in support of the Debtor's filing of a voluntary petition under Chapter 11 of the Bankruptcy Code.

### Events Leading to the Chapter 11 Filing

2.  The Debtor is the owner of a 13-unit commercial office building located at 13 East 37th Street, New York, NY (the "Property"). The Property is improved by an eight story building, occupied by a Chinese restaurant on the first floor, with eight other current tenants and three vacancies. A copy of the Property's current rent roll is attached hereto as Exhibit "A".

3.  The Debtor acquired the Property in 2008. In 2018, the Debtor refinanced the mortgage debt with Flushing Bank, based upon a loan in the principal sum of $6.8 million. In the years that followed, the Debtor encountered substantial financial difficulties as a result of the fall-out from the Covid 19 pandemic, which reduced the demand for commercial office space in New York City and the nation generally.

4.  The Debtor witnessed various vacancies and lower income, but managed to remain relatively current on the mortgage without payment of additional fees or default interest.

By 2024, however, the Debtor fell behind in the mortgage and improvidently signed a forbearance agreement without counsel. The Debtor did not obtain enough relief under the forbearance agreement and Flushing Bank commenced a foreclosure action, subsequently obtaining a judgment of foreclosure in the sum of $7,638,745.19. A foreclosure sale is currently scheduled for May 14, 2025 at 2:15 p.m.

5. The Debtor believes that if the Property is fully stabilized, it can be sold or refinanced in an amount to resolve the mortgage debt held by Flushing Bank. The key to the Debtor's ability to successfully reorganize is to attract new commercial tenants and collect arrears from non-paying tenants.

### Local Rule 1007-4

6. Pursuant to Local Rule 1007-4(a)(iv) and (v), no committees were formed prior to the filing of the Petition.

7. Pursuant to Local Rule 1007-4(a)(vi), the names and addresses of all creditors are being filed herewith. A full set of schedules will be filed within two weeks.

8. Pursuant to Local Rule 1007-4(a)(vii), the Debtor's Property is encumbered by the secured mortgage lien held by Flushing Bank, as noted above, and is also subject to a judgment lien in the amount of $10,427.21 obtained by Lindenhurst Natural Center Inc.

9. Pursuant to Local Rule 1007-4(a)(viii), a full set of schedules of assets will be filed within two weeks.

10. Pursuant to Local Rule 1007-4(a)(ix), the undersigned is the sole member of the Debtor.

11. Pursuant to Local Rule 1007-4(a)(x), no Receiver has been appointed.

12. Pursuant to Local Rule 1007-4(a)(xi), the Debtor owns the Property identified above.

13. Pursuant to Local Rule 1007-4(a)(xii), the Debtor's books and records are maintained in the Debtor's office.

14. Pursuant to Local Rule 1007-4(a)(xiii), a schedule of pending lawsuits is attached.

15. Pursuant to Local Rule 1007-4(a)(xiv), I am the manager of the Debtor.

16. Pursuant to Local Rule 1007-4(a)(xv), the Debtor has one employee, the Superintendent, who receives a weekly salary of $1,125.

17. Pursuant to Local Rule 1007-4(a)(xvii), the Debtor does not anticipate any significant extraordinary income or expenses in the next 30 days. As noted, the Debtor has ten commercial tenants. The rent collections will be used by the Debtor to pay operating expenses and carrying costs, including U.S. Trustee fees and other administrative costs of the Chapter 11 case.

Dated: New York, NY
May 13, 2025

_____
Abraham Nahamias

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                    Chapter 11

A.Z.N. REALTY LLC,                                              Case No.

                          Debtor.
-------------------------------------------------------------x

## CORPORATE RESOLUTION

A special meeting of the sole Member of A.Z.N. Realty LLC (the "Company") having been held on May 13, 2025 in accordance with the Company's operating agreement, and upon the unanimous consent of the undersigned Member after motion duly made and carried, it was:

>  **RESOLVED**, that in view of the impending foreclosure sale, the commencement of the Chapter 11 case is believed to be in the best interest of the Company and will permit the Company to maximize the value of its property; and it is further
>
>  **RESOLVED**, that the Company is authorized to execute and file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code and to cause the prosecution thereof; and it is further
>
>  **RESOLVED**, that the Company is authorized to retain the law firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as bankruptcy counsel for the purpose of filing and prosecuting the Chapter 11 petition on its behalf.

Dated: New York, New York
       May 13, 2025

                                                                    /s/ Abraham Nahamias
                                                                    Abraham Nahamias
                                                                    Member/Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                    Chapter 11

A.Z.N. Realty LLC,                                                  Case No.

                                       Debtor.
----------------------------------------------------------x

## LIST OF EQUITY HOLDERS

                Abraham Nahamias                      100%

Dated: New York, New York
        May 13, 2025

                                        A.Z.N. Realty LLC

                                        By: _____
                                            Name: Abraham Nahamias
                                            Title: Member/Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                          Chapter 11

A.Z.N. REALTY LLC,                                                      Case No.

                                           Debtor.
-----------------------------------------------------------x

## LIST OF LAWSUITS

Flushing Bank v. A.Z.N. Realty LLC et al.
Supreme Court, New York County
Index No. 850050/2024
Foreclosure

Attorney for the Plaintiff:
Frank C. Dell'Amore, Esq.
Jaspan Schlesinger Narendran LLP
300 Garden City Plaza
Garden City, NY 11530

Dated: New York, New York
        May 13, 2025

                                               A.Z.N. Realty LLC

                                               By: _____
                                               Name: Abraham Nahamias
                                               Title:  Member/Manager

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                          Chapter 11

A.Z.N. Realty LLC,                                      Case No.

                            Debtor.
-------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, A.Z.N. Realty LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
         May 13, 2025

                                            A.Z.N. Realty LLC

                                            By: _____
                                                Name: Abraham Nahamias
                                                Title:  Member/Manager

# United States Bankruptcy Court
### Eastern District of New York, Brooklyn Division

In re   A.Z.N. Realty LLC  
                                      Debtor(s)

Case No.  
Chapter   11

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   May 13, 2025               /s/ Abraham Nahamias  
                                   Abraham Nahamias/Manager/Member  
                                   Signer/Title

Date:   May 13, 2025               /s/ Kevin Nash  
                                   Signature of Attorney  
                                   Kevin Nash  
                                   Goldberg Weprin Finkel Goldstein LLP  
                                   125 Park Ave  
                                   New York, NY 10017-5690  
                                   Fax:

Flushing Bank
c/o Frank Dell'Amore, Esq.
Jaspan Schlesinger Narendran LLP
300 Garden City Plaza
Garden City, NY 11530

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Lindenhurst Natural Center Inc
121 East Sunrise Highway
Lindenhurst, NY 11757

NYC Department of Buildings
120-55 Queens Blvd
Jamaica, NY 11424

NYC Department of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601

NYC Dep't of Finance
Legal Affairs, Collection Unit
375 Pearl St Apt 30
New York, NY 10038-1442

NYC Environmental Control Board
66 John St Fl 10
New York, NY 10038-3772

NYC Water Board
5917 Junction Boulevard, 8th Floor
Elmhurst, NY 11373-5188

NYS Attorney General
28 Liberty St
New York, NY 10005-1400

NYS Dept of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205

NYS Office of Admin. Trials and Hrgs
100 Church Street, 12th Floor
New York, NY 10007

NYS Workers Compensation Board
c/o James Raymond McGinn
328 State St
Schenectady, NY 12305-3201

U.S. Small Business Administration
PO Box 3918
Portland, OR 97208

Cafe China
c/o Arnold Kriss, Esq.
40 Clinton St. Apt. 10H
Brooklyn, NY 11201-2763